**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**
_____

| | |
|---|---|
| TONY MAGHRAK, as Chairman and BRUCE YOUNG, as Secretary of the IBEW Local No. 292 Health Care Plan; TONY MAGHRAK, as Chairman and BRUCE YOUNG, as Secretary of the Electrical Workers Local No. 292 Pension Fund; TONY MAGHRAK, as Chairman and BRUCE YOUNG, as Secretary of the Electrical Workers Local No. 292 Annuity & 401(k) Fund; TONY MAGHRAK, as Chairman and BRUCE YOUNG, as Secretary of the Electrical Workers Local No. 292 Vacation & Holiday Fund; TONY MAGHRAK, as Chairman and BRUCE YOUNG, as Secretary of the Minneapolis Electrical Industry Board/JATC/LMCC; and each of their successors,<br><br>          Plaintiffs,<br><br>vs.<br><br>TECH ELECTRIC OF MINNESOTA, INC.,<br><br>          Defendant. | Civil No. 08-5133 (RHK/JSM)<br><br><br><br><br><br><br><br>**ORDER TO SHOW CAUSE** |

_____

The above matter came before the Court upon Plaintiffs' Motion for Order to Show Cause to hold Defendant in civil contempt for failure to obey the Court's previous Order for Partial Summary Judgment entered on August 20, 2009, which ordered Defendant to submit the fringe fund reports for the months of March 2009, April 2009,

June 2009, July 2009, and August 2009. Pursuant to that Motion, the Court now makes the following Order:

**IT IS HEREBY ORDERED**:

1. Defendant Tech Electric of Minnesota, Inc., is hereby ordered to personally appear before this Court on **October 2, 2009** at **8:15 a.m.** at the United States Courthouse, Courtroom 7A, 316 N. Robert Street St. Paul, Minnesota, to show cause, if any, why a contempt of court order should not be entered adjudging it in civil contempt of this Court for continuing to refuse to submit the fringe fund reports for the months of March 2009, April 2009, June 2009, July 2009, and August 2009, and that it should show cause why Scott Schmidt should not be committed to confinement until compliance with the Court's Order for Entry of Default entered on August 20, 2009.

Dated: September 21, 2009

                                                              s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge