**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**
_____

TONY MAGHRAK, *et al.*,

                                                   Civ. No. 08-5133 (RHK/JSM)
                                                   **ORDER**

            Plaintiffs,

            v.

TECH ELECTRIC OF MINNESOTA, INC.,

            Defendant.
_____

The Court having reviewed the *in camera* submissions of attorney Matthew R. Burton and the law firm of Leonard, O'Brien, Spencer, Gayle & Sayre, Ltd. in response to the October 6, 2009 Order to Show Cause (Doc. No. 45), and the Court being satisfied from such review that the imposition of sanctions is unwarranted, **IT IS ORDERED** that the Order to Show Cause is **DISCHARGED**.


Date: October 16, 2009

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge